Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Sarah T. Bassett, Bar No. 12326
sarah.bassett@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*
*Andre Agassi College Preparatory Academy,*
*Dwight Sanders, and Chris Smith*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHASITY A. DIGGS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDRE AGASSI COLLEGE PREPARATORY ACADEMY; ANDRE AGASSI FOUNDATION FOR EDUCATION; CLARK COUNTY SCHOOL DISTRICT; SHANNON GIARDINO, individually and in her official capacity as an employee of ANDRE AGASSI COLLEGE PREPARATORY ACADEMY; DWIGHT SANDERS, individually and in his official capacity as an employee of ANDRE AGASSI COLLEGE PREPARATORY ACADEMY and CHRIS SMITH, individually and in his official capacity as an employee of ANDRE AGASSI COLLEGE PREPARATORY ACADEMY;<br><br>　　　　　Defendants. | Case No. 2:15-cv-02493-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(Second Request) |

　　　　Defendants Andre Agassi College Preparatory Academy, Chris Smith, and Dwight Sanders (collectively referred to herein as the "Defendants"), by and through their counsel of record, Jackson Lewis P.C., and Plaintiff Chasity Diggs ("Plaintiff"), by and through her counsel of record, Law Office of Telia U. Williams, hereby stipulate and agree to extend the time for

Defendants to file their reply in support of their Motion for Partial Dismissal of Plaintiff's First Amended Complaint (Dkt. #7) from March 14, 2016 up to and including March 21, 2016. This request is prompted by Defense Counsel's family emergency of her elderly mother who has been hospitalized and is terminally ill.

On March 9, 2016, Deverie J. Christensen, managing partner of the Las Vegas office of Jackson Lewis, contacted Plaintiff's counsel to inquire whether Plaintiff would agree to Defendants' second request for a one week extension of time. In light of the circumstances, Plaintiff's counsel consented to the request.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 10th day of March, 2016.

| LAW OFFICE OF TELIA U. WILLIAMS | JACKSON LEWIS P.C. |
|---|---|
| /s/ Telia U. Williams<br>Telia U. Williams, Bar No. 8285<br>10161 Park Run Drive, Ste. 150<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Plaintiff*<br>*Chasity Diggs* | /s/ Deverie J. Christensen<br>Elayna J. Youchah, Bar No. 5837<br>Deverie J. Christensen, Bar No. 6596<br>Sarah T. Bassett, Bar No. 12326<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants*<br>*Andre Agassi College Preparatory Academy,*<br>*Dwight Sanders and Chris Smith* |

## ORDER

IT IS SO ORDERED  March 10 , 2016.

_____
UNITED STATES DISTRICT JUDGE