Telia U. Williams, Esq.
Nevada Bar. No. 9359
LAW OFFICE OF TELIA U. WILLIAMS
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: 702-835-6866
teliauwilliams@telialaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHASITY A. DIGGS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDRE AGASSI COLLEGE PREPARATORY ACADEMY; ANDRE AGASSI FOUNDATION FOR EDUCATION; CLARK COUNTY SCHOOL DISTRICT; SHANNON GIARDINO, individually and in her official capacity as an employee of ANDRE AGASSI COLLEGE PREPARATORY ACADEMY; DWIGHT SANDERS, individually and in his official capacity as an employee of ANDRE AGASSI COLLEGE PREPARATORY ACADEMY and CHRIS SMITH, individually and in his official capacity as an employee of ANDRE AGASSI COLLEGE PREPARATORY ACADEMY;<br><br>　　　　Defendants. | Case No. 2:15-cv-02493-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>(Dkt. 48) |

　　　The undersigned parties, by and through their respective counsel of record, stipulate and agree that Defendants Andre Agassi College Preparatory Academy, Dwight Sanders and Chris Smith be dismissed with prejudice in the above referenced matter, each party to bear its own attorneys' fees and costs.

/ / /

/ / /

LAW OFFICE OF TELIA U. WILLIAMS

This dismissal shall have no impact on the status of any claims asserted against named defendants Clark County School District and Shannon Giardino.

| LAW OFFICE OF TELIA U. WILLIAMS | JACKSON LEWIS P.C. |
|---|---|
| /s/ Telia U. Williams<br>Telia U. Williams, Bar No. 9359<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Plaintiff*<br>*Chasity A. Diggs* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar No. 5837<br>Sarah T. Bassett, Bar No. 12326<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants*<br>*Andre Agassi College Preparatory Academy,*<br>*Dwight Sanders and Chris Smith* |

### ORDER

The court **construes this stipulation** to dismiss plaintiff's claims against Andre Agassi College Preparatory Academy, Dwight Sanders, and Chris Smith **[ECF No. 48] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF No. 48] is GRANTED, and all claims against Andre Agassi College Preparatory Academy, Dwight Sanders, and Chris Smith are DISMISSED with prejudice**, each party to bear its own fees and costs. The motion to dismiss **[ECF No. 7] and Emergency Motion to Compel Arbitration and Dismiss, or in the Alternative, Motion to Stay Proceedings Pending Arbitration [ECF No. 35] are DENIED** as moot.

The status conference re: settlement with the remaining parties remains scheduled for June 1, 2016 at 1:30 p.m.

Dated: May 16, 2016.

_____
UNITED STATES DISTRICT JUDGE