```
1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Attorney for Defendant,
5  CLARK COUNTY SCHOOL DISTRICT
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| CHASITY A. DIGGS, | CASE NO. 2:15-cv-02493-JAD-GWF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS DEFENDANT CLARK COUNTY SCHOOL DISTRICT WITH PREJUDICE** |
| v. | |
| ANDRE AGASSI COLLEGE PREPARATORY ACADEMY, et al., | (Dkt. 49) |
| Defendants. | |

  COMES NOW, Plaintiff Chasity A. Diggs and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree that Plaintiff is hereby dismissing the District from this action, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party therefore neither party will seek any attorney's fees or costs with respect to this action

. . .

. . .

. . .

. . .

. . .

. . .

. . .

against the District pursuant to any rule, statute or law, whether local, state or federal.

THEREFORE, the District is hereby dismissed from this action with prejudice.

DATED this 16th day of May, 2016.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | Law Offices of Telia Williams |
|---|---|
| By:   /s/ S. Scott Greenberg<br>    S. SCOTT GREENBERG<br>    Nevada Bar No. 4622<br>    5100 W. Sahara Ave.<br>    Las Vegas, Nevada 89146<br>    Attorneys for Defendant | By: /s/ Telia U. Williams<br>    TELIA U. WILLIAMS<br>    10161 Park Run Drive<br>    Suite 150<br>    Las Vegas, NV 89145<br>    Attorney for Plaintiff |

**ORDER**

Based on the parties' stipulation and good cause appearing, it is HEREBY ORDERED that **stipulation to dismiss all claims against the Clark County School District [ECF No. 49] is GRANTED, and all claims against the Clark County School District are DISMISSED with prejudice**, each party to bear its own fees and costs.  CCSD's motion to dismiss **[ECF No. 19] is DENIED** as moot.

The status conference re: settlement with the remaining parties remains scheduled for June 1, 21016 at 1:30 p.m. to discuss the status of the claims against remaining defendant Shannon Giardino.

Dated:  May 16, 2016.

_____
UNITED STATES DISTRICT JUDGE