Telia U. Williams, Esq.
LAW OFFICE OF TELIA U. WILLIAMS
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
702-835-6866
telia@telialaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHASITY A. DIGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRE AGASSI COLLEGE PREPARATORY ACADEMY. ANDRE AGASSI FOUNDATION FOR EDUCATION; CLARK COUNTY SCHOOL DISTRICT; SHANNON GIARDINO, individually and in her official capacity an employee of ANDRE AGASSI COLLEGE PREPARATORY ACADEMY; DWIGHT SANDERS, individually and in his official capacity an employee of ANDRE AGASSI COLLEGE PREPARATORY ACADEMY and CHRIS SMITH, individually and in his official capacity an employee of ANDRE AGASSI COLLEGE PREPARATORY ACADEMY,<br><br>    Defendants | Case No. 2:15-cv-02493-JAD-GWF<br><br>**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF SHANNON GIARDINO, VACATING STATUS CONFERENCE, AND CLOSING CASE**<br><br>[ECF No. 54] |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Chasity A. Diggs ("Diggs"), by and through her attorney, Telia U. Williams, Esq., of the Law Office of Telia U. Williams,

respectfully submits this notice of voluntary dismissal, **with prejudice, of defendant** *Shannon Giardino*.

Dated this 18th day of May, 2016.

By: /s/ <u>Telia U. Williams, Esq</u>.
Telia U. Williams, Esq.
Law Office of Telia U. Williams
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

### ORDER

  IT IS HEREBY ORDERED that defendant *Shannon Giardino* is DISMISSED *with prejudice*, the status conference regarding settlement scheduled for 6/1/16 is VACATED, and the Clerk of Court is directed to CLOSE this case.

Dated this 23rd day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge

- 2 -